UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY, AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUNDS and THE HIGHWAY, ROAD AND STREET CONSTRUCTION LABORERS LOCAL UNION 1010,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>NAMOW, INC. and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　Defendants. | 15 Civ. 6640(MKB)(SMG)<br><br>**CONSENT JUDGMENT**<br><br>**FILED**<br>IN CLERK'S OFFICE<br>US DISTRICT COURT E.D.N.Y.<br><br>★ FEB 2 9 2016 ★<br><br>BROOKLYN OFFICE |

With the consent of all parties, the Court hereby renders Judgment as follows:

1. Judgment is entered in favor of Plaintiffs TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY, AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUND (the "Funds") and against NAMOW, INC. (the "Employer" or the "Defendant") in the amount of $242,552.08.

2. Defendant shall pay this Judgment in accordance with the terms and conditions of the accompanying Settlement Agreement, which is incorporated herein by reference. So long as Defendant adheres to the terms and conditions of the Settlement Agreement, Plaintiffs shall take no action to enforce this Judgment by any other means.

3. In the event of an uncured default under the Settlement Agreement, Plaintiffs may file a declaration informing this Court of such failure. Upon the filing of such an affidavit, Plaintiffs will be entitled to enforce this Judgment by all means permitted by law.

4. This Court expressly finds that there is no just reason for delay, and expressly directs the entry of final judgment.

5. This Court retains jurisdiction solely to enforce compliance with the terms of this Consent Judgment and the accompanying Settlement Agreement.

The undersigned parties stipulate to and request entry of this Consent Judgment.

Dated: New York, New York
February___, 2016

| TRUSTEES OF THE PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY, AND APPRENTICESHIP, SKILL IMPROVEMENT AND SAFETY FUND | NAMOW, INC. |
|---|---|
| By: _____ <br> Name: Keith Loscalzo <br> Title: Trustee | By: _____ <br> Name: Joseph Hassourie <br> Title: Sr. Manager |

SO ORDERED:
s/ MKB 2/19/2016

_____
MARGO K. BRODIE
United States District Judge

2